RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 1 0 2026
DANIEL J. McCOY, CLERK
BY: Kla

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

JAVARION PEA,

Defendant

18 U.S.C. § 922(g)(1)

5:26-cr-00368-01
Judge Van Hook
Magistrate Judge Hornsby

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
**Possession of a Firearm or Ammunition by a Convicted Felon**
[18 U.S.C. § 922(g)(1)]

On or about May 29, 2026, in the Western District of Louisiana, the defendant,

**JAVARION PEA,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Stoeger pistol: Model: STR-9; Caliber: 9mm; and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendant, **JAVARION PEA**, has an interest.

B. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States of America, as alleged in

this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

C. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1. Stoeger pistol: Model: STR-9; Caliber: 9mm; and
2. Ammunition

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

REDACTED
FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

HEIDI KEMPLE MARTIN
ASSISTANT UNITED STATES ATTORNEY